IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES T. SULLIVAN, not individually but as Trustee of PLUMBERS' PENSION FUND, LOCAL 130, U.A., etc., et al., <br><br>              Plaintiffs, <br><br>   v. <br><br>PIONEER PLUMBING, INC., <br><br>              Defendant. | No. 08 C 7259 <br><br> Judge Rebecca R. Pallmeyer <br><br> Magistrate Judge <br>  Geraldine Soat Brown |

## PLAINTIFFS' MOTION FOR JUDGMENT

Plaintiffs, James T. Sullivan, not individually, but as Trustee of Plumbers' Pension Fund, Local 130, U.A., *etc., et al.* ("Funds"), by their attorneys, John W. Loseman, Douglas A. Lindsay, and Brian T. Bedinghaus, with LEWIS, OVERBECK & FURMAN, LLP of counsel, pursuant to F.R.Civ.P. 37, move Court to enter Judgment in favor of Funds and against Defendant, Pioneer Plumbing, Inc. ("Pioneer"). In support hereof, Funds state:

    1. Funds filed this action on December 19, 2008, seeking, *inter alia*, an accounting, monthly reporting, and payment of unpaid contributions and other damages under a collective bargaining agreement, ERISA, 29 U.S.C. §§1132 and 1145, and LMRA, 29 U.S.C. §185.

    2. Subsequently, a compliance audit covering the period from April 1, 2005, through September 30, 2008, was completed.

    3. Pursuant to leave of Court, on January 12, 2010, Funds filed their First Amended Complaint against Pioneer seeking judgment for amounts set forth in an Audit Report dated December 1, 2009, plus additional damages and certain injunctive relief. *First Amended Complaint, Docket No. 19, and Exhibit B thereto.*

4. On February 9, 2010, the Court ordered Pioneer to answer the Amended Complaint by February 23, 2010, and set a briefing schedule for a potential summary judgment motion by Pioneer. *Order dated Feb. 9, 2010, Docket No. 30.*

5. After Pioneer failed to answer the First Amended Complaint by the Court's deadline, Funds moved for entry of default. *Plaintiffs' Motion for Entry of Default, Docket No. 33.*

6. At hearing on March 2, 2010, the Court extended the answer deadline to March 9, 2010. *Order, Docket No. 35.*

7. After Pioneer answered the Complaint, Funds issued discovery. Rather than responding to discovery, Pioneer's counsel filed their Motion for Leave to Withdraw. *Motion, Docket No. 43.*

8. At status hearing on May 17, 2010, the Court stated that Pioneer was to answer Funds' discovery. *Transcript of May 17, 2010, attached as Exhibit A.*

9. At the hearing on Pioneer's counsel's Motion to Withdraw on May 27, 2010, the Court ordered that Pioneer answer Funds' outstanding discovery by June 4, 2010. *Order, Docket No. 46, attached as Exhibit B.* The Court also warned that default judgment could be entered if Pioneer failed to comply with the Court's Order. *Transcript of May 17, 2010, attached as Exhibit C.*

10. As of the date of filing of this Motion, Pioneer has failed and/or refused to answer Funds' outstanding Interrogatories and Requests for Production.

11. F.R.Civ.P. 37(b)(2)(A)(vi) specifically provides that the Court may enter default judgment against a party for failing to comply with a discovery order.

12. Pioneer owes the following:

| | |
|---|---:|
| Compliance Audit Report attached as Exhibit B to First Amended Complaint, per Collective Bargaining Agreement, ERISA, 29 U.S.C. §1132(g)(2)(A) and (B), and LMRA, 29 U.S.C. §185. For Court's convenience, a copy of Audit Report is attached hereto as Exhibit D | $273,510.81 |
| Additional interest for period 12/16/09 through 6/15/10 at $2,541.45/mo. x 6 mos. per Audit Report, Collective Bargaining Agreement, 29 U.S.C. §1132(g)(2)(B), and 29 U.S.C. §185 | 15,248.70 |
| ERISA double interest through 6/15/10 including accrued ($87,646.44 as recited in Audit Report) and additional ($15,248.70 as set forth herein) interest per 29 U.S.C. §1132(g)(2)(C) | 102,895.14 |
| Attorneys' fees and costs as set forth in Affidavit of John W. Loseman attached as Exhibit E per Collective Bargaining Agreement, 29 U.S.C. §1132(g)(2)(D), and 29 U.S.C. §185 | <u>17,068.80</u> |
| Total: | $408,723.45 |

WHEREFORE, Plaintiffs, James T. Sullivan, not individually but as Trustee of Plumbers' Pension Fund, Local 130, U.A., Plumbers' Welfare Fund, Local 130, U.A., The Trust Fund for Apprentice and Journeymen Education and Training, Local 130, U.A., and Chicago Journeymen Plumbers' Local Union 130, U.A., Group Legal Services Plan Fund; Plumbing Council of Chicagoland; and Chicago Journeymen Plumbers' Local Union 130, U.A., request that the Court hold Defendant, Pioneer Plumbing, Inc., in default and enter judgment in favor of Plaintiffs and

against Defendant the amount of $408,723.45, and award in favor of Plaintiffs and against Defendant such other and further relief as the Court deems just.

        James T. Sullivan, not individually but as a Trustee of Plumbers' Pension Fund, Local 130, U.A., *etc., et al.*, by their attorneys, John W. Loseman, Douglas A. Lindsay, and Brian T. Bedinghaus

| Of Counsel: | By: /s/ John W. Loseman |
|---|---|
| LEWIS, OVERBECK & FURMAN, LLP | John W. Loseman |
| 20 N. Clark Street, Suite 3200 | 20 N. Clark Street, Suite 3200 |
| Chicago, IL 60602-5093 | Chicago, IL 60602-5093 |
| 312.580.1200 | 312.580.1258 |

CERTIFICATE OF SERVICE

John W. Loseman, an attorney, certifies that service of the foregoing Plaintiffs' Motion for Judgment was effected on the following person(s):

Bryan V. Reed, Esq.
Mark S. Schwartz, Esq.
REED CENTRACCHIO & ASSOC., LLC
70 E. Lake Street, Suite 500
Chicago, IL 60601
(bvreed@rczlaw.com)
(mss390@yahoo com)

via the electronic filing (ECF) system of the United States District Court for the Northern District of Illinois as a result of electronic filing made this 14th day of June, 2010.

        /s/ John W. Loseman